# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Montavius A. Johnson-El,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:11cv115

Theodis Beck, et al.,

    Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2011 Order.

                                                 Signed: June 14, 2011

                                                 Frank G. Johns, Clerk
                                                 United States District Court